In the Matter of the Estate of HERBERT CONGDON CLARK (Also Known as HERBERT C. CLARK), Deceased. GEORGE M. CLARK, Petitioner, Appellant; WILLIAM R. PICKENS, as Executor, etc., of HERBERT CONGDON CLARK, etc., Deceased, and STATEN ISLAND HOSPITAL, Respondents.— Decree of the Surrogate's Court of Richmond county construing the last will and testament of Herbert C. Clark to the effect that the Staten Island Hospital had the capacity to take by devise all of the real and personal estate of the testator pursuant to the terms of his will, unanimously affirmed, with costs to the respondent executor, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of GEDEX REALTY CORPORATION, Appellant, for an Order of Certiorari against ROBERT Y. CLARK, Chairman, and ALAN MERCER and Others, Composing the Board of Appeals of the City of White Plains, Respondents.— Order dismissing certiorari proceedings and confirming the determinations of the commissioner of public safety and the board of appeals of the city of White Plains unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of A. M. HAZELL, INC., Respondent, for a Peremptory Order of Mandamus Directed to LOUIS F. EDWARDS and Others, Constituting the Council of the City of Long Beach, Appellants.— Appeal by respondents from an order granting petitioner's application for a peremptory order directing the members of the council of the city of Long Beach to reopen the annual budget of the city of Long Beach for the year 1939 and to include therein an amount sufficient to pay the petitioner herein the entire balance due on a judgment obtained by it in an action based on a breach of contract, which arose in 1932. Order reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, without costs, on the authority of *Matter of Coombs* v. *Edwards* (280 N. Y. 361). Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of the Application of CHARLES F. MACNEIL, Petitioner, for a Certiorari Order against the BOARD OF TRUSTEES OF THE VILLAGE OF PATCHOGUE, Constituting the Board of Police Commissioners of the Police Department of the Village of Patchogue, Respondents.— Petitioner instituted this proceeding to review the determination of the board of trustees of the village of Patchogue, constituting the board of police commissioners of the village, in dismissing him from the office of chief of police. Proceeding dismissed, without costs, because it was not brought within sixty days after petitioner's conviction. (*Matter of Henthorne* v. *Kimball*, 252 App. Div. 758; *Matter of Fammler* v. *Board of Zoning Appeals of the Town of Hempstead*, 254 id. 777; *Demaria* v. *McBurney*, Id. 898.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.